MANUFACTURERS TRUST COMPANY, as Trustee, Respondent,
v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK,
as Executor and Trustee under the Will of HERMAN
SIMON, Deceased, Appellant, and MALVIN LICHTER, as
Administrator of the Estate of CONSTANCE LICHTER,
Deceased, Respondent.

Argued March 12, 1940; decided April 16, 1940.

*William Roth, George D. Zahm* and *Milton Cooper* for appellant.

*Edward B. Schulkind* and *Irving M. Maron* for plaintiff, respondent.

*Thomas A. Ryan* and *Daniel G. Tenney, Jr.*, for defendant, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.